UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/7/2021

-----------------------------------------------------------------x

Jesus M. Rosado,

            **Plaintiff,**

    -against-

Mark Zuckerberg,

            **Defendant.**

-----------------------------------------------------------------x

1:21-cv-7840 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant Mark Zuckerberg's September 24, 2021 pre-motion conference request in connection with Defendant's proposed motion to dismiss, ECF No. 6, and his certificate of service of same on Plaintiff Jesus M. Rosado. ECF No. 7. To date, it does not appear that Plaintiff has responded to the pre-motion conference request.

    Accordingly, Plaintiff is hereby **ORDERED** to respond in writing to Defendant's pre-motion conference letter no later than **October 14, 2021**. Defendant is also directed to serve a copy of this Order and another copy of its pre-motion conference letter dated September 24, 2021 on Plaintiff, and file proof of service on ECF, no later than **October 8, 2021**.

    **SO ORDERED.**

**Dated:** Oct. 7, 2021
**New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**