**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**Jesus M. Rosado**,

                              **Plaintiff,**

        -against-

**Mark Zuckerberg,**

                              **Defendant.**

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 4, 2022

1:21-cv-7840 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant Mark Zuckerberg's letter motion for pre-motion conference in connection with an intended motion to dismiss a proposed second amended complaint dated March 17, 2022 (ECF No. 18), filed by Plaintiff Jesus Rosado (proceeding *pro se*) without consent or leave of court on March 3, 2022 (ECF No. 17). To date, Plaintiff has not responded to or otherwise opposed Defendant's pre-motion conference request.

    Accordingly, Plaintiff is **ORDERED** to respond to Defendant's March 17, 2022 pre-motion conference request in writing, no more than 3 pages in length, by or on **April 18, 2022**. Defendant is instructed to serve a copy of this Order on Plaintiff and file proof of service no later than April 6, 2022.

**SO ORDERED.**

**Dated:** April 4, 2022
**New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**