

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2022
```

<u>*By ECF*</u>

May 11, 2022

BY ECF
Hon. Andrew L. Carter, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re:    *Rosado v. Zuckerberg,* Case No. 1:21-cv-07840-ALC (S.D.N.Y.)

Dear Judge Carter:

    My firm represents Defendant Mark Zuckerberg in the above-named case and I write in reference to Mr. Zuckerberg's pre-motion letter (ECF No. 18), to which Plaintiff *pro se* Jesus M. Rosado's response was due April 18 (ECF No. 19.)

    Today, I spoke to Mr. Rosado. Understanding that Mr. Rosado was dealing with health issues over the past couple months, we consent to extend Mr. Rosado's time to respond to the pre-motion letter to Wednesday, May 25, 2022. This is the first such request.

Respectfully submitted,

Mark S. Pincus

mark@gardnerskelton.com

cc: Jesus M. Rosado (by email on consent)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Date: May 12, 2022