UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JESUS M. ROSADO, :
:
                         **Plaintiff,** :
:    **21-CV-7840 (ALC)**
    -against- :
:    **ORDER**
MARK ZUCKERBERG., :
:
                         **Defendant.** :
:
:
:
-------------------------------------------------------------- :
:
                                                                    x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' submissions, including Defendant's Motion to Dismiss (ECF No. 12), Plaintiff's Second Amended Complaint (ECF No. 17), Defendant's Letter Motion for Conference (ECF No. 18), and Plaintiff's May 23 and August 5 letters (ECF Nos. 24, 25, 26).

       As Plaintiff has submitted an Amended Complaint, Defendant's motion to dismiss at ECF No. 12 is dismissed as moot. Defendants are granted leave to refile an updated motion to dismiss concerning Plaintiff's more recent submissions. In addition, Defendant's letter motion for conference is granted.

       The Court will hold a telephonic pre-motion conference in this action on **Thursday, October 13, 2022 at 10:30AM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Plaintiff does not need to present witnesses or other evidence at this conference. A briefing schedule for an updated motion to dismiss will be set at this conference.

The Clerk of Court is respectfully directed to terminate ECF Nos. 12 and 18. Defendant is ordered to serve a copy of this Order on Plaintiff and file proof of service no later than September 28, 2022.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **September 27, 2022**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**