```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JESUS M. ROSADO,                                   :
                                                   :
                              Plaintiff,           :
                                                   :    21-CV-7840 (ALC)
          -against-                                :
                                                   :    ORDER
MARK ZUCKERBERG,                                   :
                                                   :
                              Defendant.           :
                                                   :
                                                   :
                                                   :
------------------------------------------------------------------ :
                                                   :
                                                   x
```

**ANDREW L. CARTER, JR., District Judge:**

As discussed in today's Court Conference, Defendant is granted leave to file a renewed motion to dismiss Plaintiff's Amended Complaint at ECF No. 23. The briefing schedule shall be as follows:

- Defendant's Renewed Motion to Dismiss is due October 27, 2022.
- Plaintiff's Opposition to the Motion to Dismiss is due December 1, 2022.
- Defendant's Reply is due December 29, 2022.

Defendant is ordered to serve a copy of this Order on Plaintiff and file proof of service no later than October 17, 2022.

**SO ORDERED.**

Dated:   New York, New York
         October 13, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**