UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JESUS M ROSADO,

                *Plaintiff*,

        -against-                          1:21-cv-07840 (ALC)

MARK ZUCKERBERG,                      CONFERENCE ORDER

                *Defendant*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on Thursday, July 20, 2023 at 2PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    July 11, 2023**
             **New York, New York**                **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**